AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York ▼

| | |
|---|---|
| UNITED STATES of AMERICA | ) |
| *Plaintiff* | ) |
| v. | )    Case No.   20-cr-493 |
| Louis Lluberes | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Louis Lluberes                                                                                           .

Date:     10/05/2020

/s/ Susan Necheles SN1215
*Attorney's signature*

Susan Necheles
*Printed name and bar number*
Necheles Cassidy LLP
10 E. 40th St., 48th Floor
NY NY 10016

*Address*

SRN@lawNC.com
*E-mail address*

(212) 997-7400
*Telephone number*

*FAX number*