# Necheles Cassidy LLP

ATTORNEYS AT LAW

10 East 40th Street, 48th Floor
NEW YORK, N.Y. 10016
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

October 19, 2020

<u>Via ECF</u>

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED** _[signature]_
**VERNON S. BRODERICK
U.S.D.J.** 10/20/2020

Re: *United States v. Louis Lluberes, et al,* 20-cr-493 (VSB)

Dear Judge Broderick:

We respectfully write to request that Your Honor modify slightly the terms of Mr. Louis Lluberes' bond to requite four, not three, sureties (in addition to his wife.)

As Your Honor is aware, Mr. Lluberes appeared on October 7 before the Hon. Barbara C. Moses (U.S.M.J.). Among other terms, she required that Mr. Llubere's wife and three other FRP's co-sign his bond. Dkt. #20. Over the last week, we have held discussions with the government about who can act as sureties on the bond. We have now reached a compromise where four approved people (in addition to Ms. Lluberes) will sign the bond. We therefore respectfully request that the Court modify the terms of Mr. Lluberes' bail to require it to be signed by Mr. Lluberes' wife and *four* FRP's. The other conditions will all remain the same (and are already complied with.)

Respectfully submitted,

/s/

Susan R. Necheles

Gedalia Stern

cc: AUSA Daniel Nessim (via ECF)

AUSA Nicholas Chiuchiolo