```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/4/2020__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Louis Lluberes *et al.*,

              *Defendants.*

**Protective Order**

**20 Cr. 493 (VSB)**

Upon the application of the United States of America, with the consent of the undersigned counsel, and the defendants having requested discovery under Fed. R. Crim. P. 16, the Court hereby finds and orders as follows:

1. **Disclosure Material.** The Government will make disclosure to the defendant(s) of documents, objects and information, including electronically stored information ("ESI"), pursuant to Federal Rule of Criminal Procedure 16, 18 U.S.C. §3500, and the Government's general obligation to produce exculpatory and impeachment material in criminal cases, all of which will be referred to herein as "disclosure material." The Government's disclosure material may include material that (i) affects the privacy, confidentiality and business interests of individuals and entities; (ii) would impede, if prematurely disclosed, the Government's ongoing investigation of uncharged individuals; (iii) would risk prejudicial pretrial publicity if publicly disseminated; and (iv) that is not authorized to be disclosed to the public or disclosed beyond that which is necessary for the defense of this criminal case.

2. **Business Confidential Information.** Certain of the Government's disclosure material, referred to herein as "business confidential information," contains information that may reveal trade secrets or other information that may cause financial loss or other harm to the affected business entity.

**NOW, THEREFORE, FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:**

1. Disclosure material shall not be disclosed by the defendant or defense counsel, including any successor counsel ("the defense") other than as set forth herein, and shall be used by the defense solely for purposes of defending this action. The defense shall not post any disclosure material on any Internet site or network site to which persons other than the parties hereto have access, and shall not disclose any disclosure material to the media or any third party except as set forth below.

2. Disclosure material or business confidential information may be disclosed by counsel to:

    (a) Personnel for whose conduct counsel is responsible, *i.e.*, personnel employed by or retained by counsel, as needed for purposes of defending this action;

    (b) Prospective witnesses for purposes of defending this action.

4. The Government may authorize, in writing, disclosure of disclosure material beyond that otherwise permitted by this Order without further Order of this Court.

5. This Order does not prevent the disclosure of any disclosure material in any hearing or trial held in this action, or to any judge or magistrate judge, for purposes of this action. All filings should comply with the privacy protection provisions of Fed. R. Crim. P. 49.1.

6. Except for disclosure material that has been made part of the record of this case, the defense shall return to the Government or securely destroy or delete all disclosure material, including the seized ESI disclosure material, within 30 days of the expiration of the period for direct appeal from any verdict in the above-captioned case; the period of direct appeal from any

order dismissing any of the charges in the above-captioned case; or the granting of any motion made on behalf of the Government dismissing any charges in the above-captioned case, whichever date is later. As may be appropriate: If disclosure material is provided to any prospective witnesses, counsel shall make reasonable efforts to seek the return or destruction of such materials.

7. The defense shall provide a copy of this Order to prospective witnesses and persons retained by counsel to whom the defense has disclosed disclosure material or the Government's ESI production. All such persons shall be subject to the terms of this Order. Defense counsel shall maintain a record of what information has been disclosed to which such persons.

8. This Order places no restriction on a defendant's use or disclosure of ESI that originally belonged to the defendant.

**Retention of Jurisdiction**

9. The provisions of this order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney

by: *Daniel Nessim* _____     Date:  10/14/2020_____
Nicholas W. Chiuchiolo / Daniel G. Nessim
Assistant United States Attorneys


_____     Date:  _____
Susan Necheles
Counsel for Louis Lluberes


_____     Date:  _____
Henry Mazurek
Counsel for Moises Lluberes


_____     Date:  _____
Sarah Sacks
Counsel for Maria Aguilar


_____     Date:  _____
John Kaley
Counsel for Maria Lopez

SO ORDERED:

Dated:  New York, New York
~~October~~ __, 2020
November 4, 2020

*Vernon Broderick*
Vernon S. Broderick
United States District Judge

4

## Retention of Jurisdiction

9. The provisions of this order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney

by: *Daniel Nessim*                                    Date:   10/14/2020
Nicholas W. Chiuchiolo / Daniel G. Nessim
Assistant United States Attorneys

*Susan Necheles / G.M.S.*                              Date:   10/26/2020
Susan Necheles
Counsel for Louis Lluberes

_____                         Date:   _____
Henry Mazurek
Counsel for Moises Lluberes

_____                         Date:   _____
Sarah Sacks
Counsel for Maria Aguilar

_____                         Date:   _____
John Kaley
Counsel for Maria Lopez

SO ORDERED:

Dated: New York, New York
       October ___, 2020

                                                        _____
                                                        THE HONORABLE VERNON S. BRODERICK
                                                        UNITED STATES DISTRICT JUDGE

4

**Retention of Jurisdiction**

9. The provisions of this order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney

by: *Daniel Nessim*                                              Date:  10/14/2020
    Nicholas W. Chiuchiolo / Daniel G. Nessim
    Assistant United States Attorneys

_____                                    Date: _____
Susan Necheles
Counsel for Louis Lluberes

*Henry Mazurek / Ilana Haramati*                              Date:  10/29/2020
Henry Mazurek / Ilana Haramati
Counsel for Moises Lluberes

_____                                    Date: _____
Sarah Sacks
Counsel for Maria Aguilar

_____                                    Date: _____
John Kaley
Counsel for Maria Lopez

SO ORDERED:

Dated: New York, New York
       October __, 2020

                                          _____
                                          THE HONORABLE VERNON S. BRODERICK
                                          UNITED STATES DISTRICT JUDGE

**Retention of Jurisdiction**

9. The provisions of this order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney

by: *Daniel Nessim*                                   Date:  10/14/2020
    Nicholas W. Chiuchiolo / Daniel G. Nessim
    Assistant United States Attorneys


_____           Date:  _____
Susan Necheles
Counsel for Louis Lluberes


_____           Date:  _____
Henry Mazurek
Counsel for Moises Lluberes

*Sarah M. Sacks*                                    Date:  October 26, 2020
Sarah Sacks
Counsel for Maria Aguilar


_____           Date:  _____
John Kaley
Counsel for Maria Lopez

SO ORDERED:

Dated: New York, New York
       October __, 2020

                                          _____
                                          THE HONORABLE VERNON S. BRODERICK
                                          UNITED STATES DISTRICT JUDGE

4

## Retention of Jurisdiction

9. The provisions of this order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney

by: *Daniel Nessim*  Date: 10/14/2020
Nicholas W. Chiuchiolo / Daniel G. Nessim
Assistant United States Attorneys

_____  Date: _____
Susan Necheles
Counsel for Louis Lluberes

_____  Date: _____
Henry Mazurek
Counsel for Moises Lluberes

_____  Date: _____
Sarah Sacks
Counsel for Maria Aguilar

*John Kaley*  Date: 10/14/20
John Kaley
Counsel for Maria Lopez

SO ORDERED:

Dated: New York, New York
       October __, 2020

_____
THE HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

4