# Necheles Cassidy LLP

ATTORNEYS AT LAW

535 Fifth Avenue, 4th Floor
New York, N.Y. 10017
Telephone: (212) 997-7400
Telecopier. (212) 997-7646

December 9, 2020

<u>Via ECF</u>

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon S. Broderick
VERNON S. BRODERICK
U.S.D.J.   12/9/2020

Re: *United States v. Louis Lluberes, et al,* 20-cr-493 (VSB)

Dear Judge Broderick:

    We respectfully write to request that Your Honor relieve undersigned counsel (Gedalia Stern and Susan Necheles) from this case.

    We were retained to represent Louis Lluberes during the bail portion of this case. Mr. Lluberes has now retained other counsel, Arthur Aidala, to represent him moving forward. Mr. Aidala entered his Notice of Appearance on December 4. Dkt. # 20. We have spoken with both Mr. Lluberes and Mr. Aidala and they both consent to our withdrawal. Mr. Lluberes will not be prejudiced by our withdrawal both because he is represented by other counsel and because it is still earlier in his case.

    In accordance with Local Civ. Rule 1.4, this letter will be served on all parties, as well as Mr. Lluberes personally. We are not asserting a retaining or charging lien in connection with this matter.

    Respectfully submitted,

    /s/

    Susan R. Necheles

    Gedalia Stern

cc: All counsel (via ECF)
    Louis Lluberes (via email)