

*Ilana Haramati*
*Of Counsel*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

December 11, 2020

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, NY 10007

      Re:    *United States v. Lluberes, et al.*, 20-cr-493 (VSB)

Dear Judge Broderick:

      We represent Defendant Moises Lluberes in the above-captioned case. We write to respectfully request a 60-day adjournment of the status conference currently scheduled for December 16, 2020 to accommodate the ongoing production and review of discovery.

      We have conferred with counsel for the government as well as counsel for all defendants who consent to this request. Counsel for all of the defendants also consent to the exclusion of time under the Speedy Trial Act.

                                 Respectfully submitted,

                                   _____/s/ IH_____

                                   Henry E. Mazurek
                                   Ilana Haramati
                                   Meister Seelig & Fein LLP
                                   125 Park Avenue, Suite 700
                                   New York, New York 10017

                                   *Counsel for Defendant Moises Lluberes*

cc:    Counsel of record (*via ECF*)

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 12/14/2020

The status conference scheduled for December 16, 2020 is hereby adjourned to February 18, 2020 at 2:00 p.m. The adjournment is necessary to allow the defendants to review the discovery with an eye towards making a determination of whether pretrial motions are appropriate. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between December 16, 2020 and February 18, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice.