

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 16, 2021

**BY ECF**

The Honorable Vernon S. Broderick
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Louis Lluberes et al.*, 20 Cr. 493 (VSB)

Dear Judge Broderick:

    The Government respectfully writes, with the consent of all defense counsel in the above-referenced matter, to request a 45-day adjournment of the pretrial conference currently scheduled for February 18, 2021 at 2:00 p.m.  The Government is expecting to produce a large volume of discovery this week, which is mostly comprised of email correspondence and electronic records.  The Government's review of electronic records obtained pursuant to search warrants is ongoing, and the Government will produce responsive records on a rolling basis.  The requested adjournment will allow additional time for the Government to produce Rule 16 discovery, the defense to review such materials and consider possible pretrial motions, and the parties to engage in discussions about pretrial resolutions.  For the same reasons, the Government requests, with consent of defense counsel, that time be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until the date set by the Court,

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: /s/_____
Nicholas W. Chiuchiolo
Daniel G. Nessim
Assistant United States Attorneys
(212) 637-1247 / 2486

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  2/17/2021

The status conference scheduled for February 18, 2021 is hereby adjourned to April 7, 2021 at 2:00 p.m.  The adjournment is necessary to permit counsel sufficient time to review discovery and continue to discuss a possible pretrial disposition of this matter.  The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, it is further ordered that the time between February 18, 2021 and April 7, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice.

    cc:  all counsel of record (by ECF)