```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                  :
:
    -v-                                   :
:    20-CR-493 (VSB)
LOUIS LLUBERES, et al.,                                    :
:    **ORDER**
                  Defendants. :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       In light of my order adjourning the conference scheduled for August 10, 2021, (Doc. 76), all Defendants, other than Moises Lluberes, are directed to indicate by August 16, 2021 whether they intend to file pre-trial motions, and if so, to confer with the Government and propose a briefing schedule for said motions.

SO ORDERED.

Dated: August 9, 2021
       New York, New York

                                                  Vernon S. Broderick