UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                   :
:
:
:
            -v-                                             :      20-cr-493 (VSB)
:
LLUBERES et al.,                                            :      **ORDER**
:
                                    Defendants.             :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

I am in receipt of various letters from the parties concerning the schedule for pretrial motions.  (*See* Docs. 97, 103, 105, and 106.)  Defendants' motion to adjourn the current motion schedule is GRANTED IN PART AND DENIED IN PART.  All Defendants' motions are due December 1, 2021, and the Government's oppositions are due January 7, 2022.  No further adjournments will be granted except with regard to Defendant Moises Lluberes upon a showing of good cause.

SO ORDERED.

Dated:  October 28, 2021
        New York, New York

                                                            Vernon S. Broderick
                                                            United States District Judge