

*Henry E. Mazurek*
*Partner*
Direct (212) 655-3594
Fax (212) 655-3535
hem@msf-law.com

April 7, 2022

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 04/08/22

The status conference scheduled for April 15, 2022 is hereby adjourned at the request of the defense without objection from the Government to April 29, 2022 at 3:00 p.m. Accordingly, it is further ordered that the time between April 15, 2022 and April 29, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

**Re: *United States v. Moises Lluberes*, 20-cr-493 (VSB)**

Dear Judge Broderick:

We write as counsel to defendant Moises Lluberes, but on behalf of all counsel to respectfully request a brief adjournment of the next scheduled status conference date of April 15, 2022. The parties jointly request a two-week adjournment of the date to accommodate various religious observances that fall on or near the date currently scheduled by the Court.

We have consulted with the government on this request and, on behalf of the government, Assistant United States Attorney Nicholas Chiuchiolo, has no objection.

Thank you for your accommodation.

Respectfully submitted,

MEISTER SEELIG & FEIN LLP

/s/ HEM

Henry E. Mazurek
Ilana Haramati
*Counsel for Defendant Moises Lluberes*

cc: Counsel of Record *(via ECF)*