UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                               :
UNITED STATES OF AMERICA          :
                                                                               :
             -against-                       :
                                                                               :    20-cr-493 (VSB)
LOUIS LLUBERES, et al.             :
                                                                                   :        **ORDER**
               Defendants.          :
                                                                                   :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      In advance of the status conference scheduled for April 29, 2022, at 3:00 p.m., it is hereby:

      ORDERED that the status conference will take place in Courtroom 518 at 40 Foley Square, New York, NY 10007.  Oral Argument will not be heard at this conference.

SO ORDERED.

Dated:  April 26, 2022
        New York, New York

                                                             Vernon S. Broderick
                                                             United States District Judge