UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                             :

UNITED STATES OF AMERICA            :

              -against-                         :
                                                        :           20-cr-493 (VSB)

LOUIS LLUBERES, et al.                :
                                                       :               **ORDER**
                    Defendants.        :
                                                       :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

In light of the requests made on ECF (see docket no.136) and to chambers, it is hereby:

ORDERED that the status conference scheduled for April 29, 2022 be held remotely, via Microsoft Teams. Counsel will be provided with a link by email. Defendants are to appear by video on the Microsoft Teams platform.

SO ORDERED.

Dated:  April 26, 2022
           New York, New York

                                                                    Vernon S. Broderick
                                                                    United States District Judge