UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                              :
UNITED STATES OF AMERICA,                :

                - against -                  :                20 Cr. 493 (VSB)

                                                  :                    **ORDER**
LOUIS LLUBERES,                              :
a/k/a "Luis Lluberes,"
MOISES LLUBERES,                         :
MARIA AGUILAR, a/k/a "Maria Hewitt," and :
MARIA LOPEZ,

                           Defendants.  :

------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On Friday, April 29, 2022, I held a conference in this case. In accordance with my comments during the conference, it is hereby:

       ORDERED that on or before May 6, 2022, Defendants Louis Lluberes and Moises Lluberes provide the Court a schedule indicating when they will produce a privilege log to the Government;

       FURTHER ORDERED that on or before May 13, 2022, the parties provide the Court a list of potential trial dates;

       FURTHER ORDERED that on or before May 13, 2022, or sooner if at all possible, Counsel for Moises Lluberes inform the Court whether Counsel intends to withdraw;

       FURTHER ORDERED that for the reasons stated on the record, the speedy trial time is excluded through June 13, 2022, in the interests of justice under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:      May 3, 2022
               New York, New York

                                                                    Vernon S. Broderick
                                                                    United States District Judge