UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                   :
UNITED STATES OF AMERICA,         :
                                                   :
               -v-                            :
                                                 :          20-CR-493 (VSB)
LOUIS LLUBERES ET AL.,            :
                                                 :             **ORDER**
                         Defendants.     :
                                                 :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       I am in receipt of a request from the Government to set a firm trial date for early June 2023 and a firm backup trial date in September 2023. (Doc. 156.) Accordingly, it is hereby

       ORDERED that a jury trial in this matter is scheduled to begin on June 5, 2023 at 10:00 a.m., or, in the alternative, on September 11, 2023 at 10:00 a.m.

       IT IS FURTHER ORDERED that the time between August 15, 2022 and June 5, 2023 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice. This time is necessary because defense counsel is unavailable to begin trial until June 2023 at the earliest, and to allow the defense to continue their review of discovery and preparation for trial.

       The Clerk of Court is respectfully directed to terminate the gavels pending at Docs. 155 and 156.

SO ORDERED.

Dated: August 17, 2022
       New York, New York

                                            Vernon S. Broderick
                                            United States District Judge