```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :
           -against-                                        :      20-CR-493 (VSB)
                                                            :
                                                            :           ORDER
LOUIS LLUBERES, MOISES LLUBERES,                            :
MARIA AGUILAR, and MARIA LOPEZ                              :
                                                            :
                               Defendants.                  :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

  It is hereby ordered that trial is scheduled to begin this matter on Monday April 1, 2024, with jury selection to begin that same day. A final pre-trial conference will be held on Monday March 25, 2024 at 2:00 P.M. in Courtroom 518 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

  The parties shall file any pre-trial submissions, including proposed voir dire, proposed requests to charge, and motions in limine, on March 11, 2024. Oppositions to motions in limine shall be filed on March 18, 2024.

  The time between now and trial shall be excluded from the time within which the defendants must be brought to trial. That time is necessary to permit the parties to prepare for trial in this matter. The Court finds that the ends of justice served by excluding the time outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, it is further ordered that the time between July 10, 2023 and April 1, 2024 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

1

The Clerk of the Court is respectfully directed to terminate the pending gavel at Doc. 174.

SO ORDERED.

Dated: July 10, 2023
New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge