UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
UNITED STATES OF AMERICA,  :
:
-v-  :
: 20-CR-493 (VSB)
LOUIS LLUBERES, *et al.*,  :
: **ORDER**
                Defendants.  :
:
----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      I am in receipt of various motions filed by Ms. Cesarina Lluberes, proceeding pro se. (*See* Docs. 300, 302, 303.)  Accordingly, it is hereby:

      ORDERED that the Government respond by July 25, 2025.  The Government shall mail a copy of its response to Ms. Lluberes.  Ms. Lluberes shall reply to the Government's response by August 29, 2025.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Lluberes at 9155 Royal Gate Drive, Windermere, Florida 34786.

SO ORDERED.

Dated: August 9, 2021
       New York, New York

                                          Vernon S. Broderick
                                          United States District Judge