UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                                        :

UNITED STATES OF AMERICA,             :

                   -v-                                   :
                                                      :          20-CR-493 (VSB)

LOUIS LLUBERES, *et al.*,               :
                                                      :             **ORDER**
                                 Defendants.     :
                                                          :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       I am in receipt of various motions filed by Ms. Cesarina Lluberes, proceeding pro se. (*See* Docs. 313, 314, 319, 320.) I am also in receipt of motions filed by Defendant Louis Lluberes, proceeding pro se. (*See* Docs. 316, 318.) Accordingly, it is hereby:

       ORDERED that the Government respond by September 26, 2025. The Government shall mail a copy of its response to Ms. Lluberes and Mr. Louis Lluberes, respectively. Ms. Lluberes and Mr. Louis Lluberes shall respectively reply to the Government's response by October 31, 2025.

       The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Lluberes at 9155 Royal Gate Drive, Windermere, Florida 34786.

SO ORDERED.

Dated: September 4, 2025
       New York, New York

                                                          Vernon S. Broderick
                                                          United States District Judge